JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TILE INDUSTRY HEALTH AND WELFARE FUND<br><br>Plaintiff,<br>v.<br>CALIFORNIA GRANITE & FLOORING, INC, a California corporation, and CARLOS ARIZMENDI an individual,<br><br>Defendants. | Case No.: 2:18-cv-3589 CAS (AGRx)<br><br>[PROPOSED] ORDER APPROVING STIPULATION FOR JUDGMENT AGAINST DEFENDANTS CALIFORNIA GRANITE & FLOORING, INC. AND CARLOS ARIZMENDI<br><br>Judge Christina A. Snyder<br><br>Action Filed: April 27, 2018<br>Trial Date: None |

The Court has read and considered the Stipulation for Judgment Against Defendants California Granite & Flooring, Inc. and Carlos Arizmendi, filed on 11/7/2018 ("Stipulation") by Plaintiff BOARD OF TRUSTEES OF THE TILE INDUSTRY HEALTH AND WELARE FUND and Defendants CALIFORNIA GRANITE & FLOORING, INC. and CARLOS ARIZMENDI. For the reasons stated in the Stipulation and for good cause shown, the Court hereby APPROVES the Stipulation.

//

//

//

- 1 -

The Court retains jurisdiction over the parties at their request in order to enforce the Stipulation for Judgment until full performance of its terms.

SO ORDERED this _____9th_____ day of __November__, 2018.

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT